# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAVARES COTLAND SCOTT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>A. HEDGPETH,<br><br>　　　　Respondent. | No. EDCV 10-1222-SJO (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: July 21, 2011

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE